LAW OFFICES
# KANTROWITZ, GOLDHAMER & GRAIFMAN

210 SUMMIT AVE.
MONTVALE, NEW JERSEY 07645

(201) 391-7000
FAX # (201) 307-1086

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ*†
GARY S. GRAIFMAN*
  SPECIAL COUNSEL
WALTER L. KANTROWITZ†
WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
RANDY J. PERLMUTTER*
JOHN M. CHAKAN*
PETER L. BENZA○
  OF COUNSEL
SHARON M. KANTROWITZ*
STEVEN B. ROTHSCHILD**

AFFILIATE
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
ROCKLAND COUNTY
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216
(845) 356-2570
FAX # (845) 356-4335

\* N.Y. & N.J. BAR
† N.Y. & FLA. BAR
\*\* N.Y. BAR ONLY
○ N.Y., N.J. & PA. BARS

April 3, 2007

**Filed Electronically**

William T. Walsh, Clerk
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street - P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    Jayme Pittsonberger v. Menu Foods Inc., et al.

Dear Mr. Walsh:

    In connection with the above reference matter, the following documents are being filed electronically today:

- one (1) original Complaint;
- one (1) original Civil Cover Sheet; and
- one (1) original Summons for all for each of four (4) defendants in this action.

    A payment for the initial filing fee of $350.00 has been provided by credit card. If you have any questions, feel free to contact me.

                                        Respectfully submitted,

                                        Stella Gilsenan
                                        Legal Assistant to
                                        Gary S. Graifman

GSG:sg
Enclosures