PITTSONBERGER v. MENU FOODS INC. et al                                                              Doc. 2
Case 1:07-cv-01561-NLH-AMD   Document 2   Filed 04/05/2007   Page 1 of 4
Case 1:33-av-00001   Document 816-3   Filed 04/03/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT
## District of New Jersey

JAYME PITTSONBERGER, on behalf, of herself and all others similarly situated,

    Plaintiff,

v.

MENU FOODS INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, and MENU FOODS LIMITED,

    Defendants.

SUMMONS IN A CIVIL CASE

Case Number: 07CV1561 (NLH)

TO:  MENU FOODS, INC.
     9130 Griffith Mogan Lane
     Pennsauken, NJ 08110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

  Gary S. Graifman, Esq.
  Kantrowitz Goldhamer & Graifman
  210 Summit Avenue
  Montvale, New Jersey 07645
  201-391-7000

an answer to the complaint which is herewith served upon you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH          4/5/07
CLERK                               DATE
(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## District of New Jersey

JAYME PITTSONBERGER, on behalf, of herself and all others similarly situated,

        Plaintiff,

v.

MENU FOODS INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, and MENU FOODS LIMITED,

        Defendants.

SUMMONS IN A CIVIL CASE

Case Number: 07CV1561(NLH)

TO:   MENU FOODS MIDWEST CORP.
       P.O. Box 1046
       1400 East Logan Avenue
       Emporia, KS 66801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

   Gary S. Graifman, Esq.
   Kantrowitz Goldhamer & Graifman
   210 Summit Avenue
   Montvale, New Jersey 07645
   201-391-7000

an answer to the complaint which is herewith served upon you with this summons, within <u>20 days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**
CLERK

*[signature]*
(BY) DEPUTY CLERK

4/5/07
DATE

# UNITED STATES DISTRICT COURT
## District of New Jersey

JAYME PITTSONBERGER, on behalf, of herself and all others similarly situated,

    Plaintiff,

v.

MENU FOODS INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, and MENU FOODS LIMITED,

    Defendants.

SUMMONS IN A CIVIL CASE

Case Number: 07cv1561 (NLH)

TO:   MENU FOODS INCOME FUND
       8 Falconer Drive
       Mississauga, Ontario
       CANADA L5N 1B1

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    Gary S. Graifman, Esq.
    Kantrowitz Goldhamer & Graifman
    210 Summit Avenue
    Montvale, New Jersey 07645
    201-391-7000

an answer to the complaint which is herewith served upon you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH        4/5/07

CLERK        DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## District of New Jersey

JAYME PITTSONBERGER, on behalf, of herself and all others similarly situated,

        Plaintiff,

v.

MENU FOODS INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, and MENU FOODS LIMITED,

        Defendants.

SUMMONS IN A CIVIL CASE

Case Number: 07CV1561 (NLH)

TO:  MENU FOODS LIMITED
      8 Falconer Drive
      Mississauga, Ontario
      CANADA L5N 1B1

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    Gary S. Graifman, Esq.
    Kantrowitz Goldhamer & Graifman
    210 Summit Avenue
    Montvale, New Jersey 07645
    201-391-7000

an answer to the complaint which is herewith served upon you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH        4/5/07
CLERK                        DATE

(BY) DEPUTY CLERK