**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JARED WORKMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1338 (NLH)<br><br>**ORDER** |
| SUZANNE THOMSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1360 (NLH) |
| LARRY WILSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1456 (NLH) |
| PAUL RICHARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1457 (NLH) |

| | |
|---|---|
| LINDA TINKER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1468 (NLH) |
| JANICE BONIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1477 (NLH) |
| JULIE HIDALGO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1488 (NLH) |
| ALEXANDER NUNEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1490 (NLH) |

| | |
|---|---|
| MARK GOLDING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1521 (NLH) |
| TROY GAGLIARDI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1522 (NLH) |
| KAMI TURTURRO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1523 (NLH) |
| PEGGY SCHNEIDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1533 (NLH) |

| | |
|---|---|
| LESLIE BERNDL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1553 (NLH) |
| JAYME PITTSONBERGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1561 (NLH) |
| DAVID CARTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1562 (NLH) |
| JIM BULLOCK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1579 (NLH) |

| | |
|---|---|
| CHRISTINA JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1610 (NLH) |
| JAMES CONNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1623 (NLH) |
| MATT LONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1624 (NLH) |
| CHANTELLE CONTI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1638 (NLH) |

| | |
|---|---|
| STEVEN FREEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1646 (NLH) |
| KAREN PIRCHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1685 (NLH) |
| DIANA DIEDRICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1700 (NLH) |
| TODD SOKOLWSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1709 (NLH) |

| | |
|---|---|
| MICHELE MCCULLOUGH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1710 (NLH) |
| STEVE COLQUITT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1738 (NLH) |
| LUKE DEBARATHY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1739 (NLH) |
| LOREN BYERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1747 (NLH) |

| | |
|---|---|
| LYNNE CARESTIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1762 (NLH) |

This matter having come before the Court on Defendants' motions to stay, as well as the Court's inherent power to stay proceedings through the exercise of its sound discretion, see <u>Landis v. North American Co.</u>, 299 U.S. 248, 254-55 (1936); and

It appearing that some of the parties in the above-captioned actions have filed motions with the Joint Panel on Multidistrict Litigation to transfer and consolidate these actions;

**IT IS HEREBY ORDERED** on this 2nd day of May, 2007, that the above-captioned actions are stayed until the Joint Panel on Multidistrict Litigation issues a decision on the transfer and consolidation motions currently pending before it in MDL-1850, In re Pet Food Product Liability Litigation.

<u>s/ Noel L. Hillman</u><br>
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey